UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL B. MARINO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-03802 |
| U.S. BANK NATIONAL ASSOCIATION, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court considered the defendant, U.S. Bank National Association, motion for leave to file counterclaim. (Dkt. No. 8). After having reviewed the motion, and good cause having been shown, the Court determines that the defendant's motion should be GRANTED. Accordingly, it is, therefore,

**ORDERED** that the defendant's motion for leave to file counterclaim is **GRANTED**.

It is FURTHER **ORDERED** that the clerk is directed to file the defendant's Counterclaim, attached as Exhibit "1" to their motion for leave, as of the date of this Order.

It is so ORDERED.

SIGNED on this 21st day of December, 2018.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1